JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT OSUNA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPUTY HALEY,<br><br>　　　　Defendant. | Case No. LA CV 14-7178 PA (JCG)<br><br>**JUDGMENT** |

　　　IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Order Accepting Report and Recommendation of United States Magistrate Judge.

DATED: December 22, 2015　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　HON. PERCY ANDERSON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE